IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. BLAKE PERCIVAL ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. INVESTIGATIONS SERVICES, LLC.,) <br> ) <br>     Defendant. ) | Civil Action No. 14-726 RMC |

## NOTICE OF FILING

The United States, by and through the undersigned, hereby provides notice that the following documents were filed under seal:   United States' Motion for a Stay of Proceedings for Sixty Days, and the United States' Memorandum of Law in Support of its Motion for a Stay of Proceedings for Sixty Days.

Dated:   May 22, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General
Civil Division

RONALD C. MACHEN JR.
United States Attorney for the
  District of Columbia

 /s/ Beverly Russell
BEVERLY RUSSELL
Assistant United States Attorney
D.C. Bar No. 454257
U.S. Attorney's Office for the
  District of Columbia
555 4th Street, NW
Washington, DC 20530
Telephone No.:   (202) 252-2531
beverly.russell@usdoj.gov

 /s/ Melissa Handrigan
MICHAEL D. GRANSTON
TRACY L. HILMER
D.C. Bar. No. 421219
MELISSA R. HANDRIGAN
D.C. Bar No. 471019
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 305-3083
Melissa.R.Handrigan@usdoj.gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following counsel of record through the Court's electronic filing system on this 21st day of May 2014:

Jere Locke Beasley
Larry Apaul Golston Jr.
Wilson Daniel Miles III
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, Alabama 36103
Email: jere.beasley@beasleyallen.com, larry.golston@beasleyallen.com, dee.miles@beasleyallen.com

Jonathan Aronie
Bruce J. Casino
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005-3314
Email: JAronie@sheppardmullin.com, bcasino@sheppardmullin.com

                                                           /s/ Melissa Handrigan
                                                           Melissa Handrigan