UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLAKE PERCVIAL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civ. No. 14-726 RMC |
| v. | ) |
| | ) |
| U.S. INVESTIGATIONS SERVICES, LLC | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I move that Larry A. Golston, Jr be admitted to practice in the United States District Court for the District of Columbia, for purposes of this case only. I certify that I am a member in good standing of the Bar of this Court.

Dated this 23rd day of May, 2014.

Respectfully submitted,

**HOPKINS LAW FIRM, LLC**

/s/ William E. Hopkins, Jr.
William E. Hopkins, Jr.
Hopkins Law Firm, LLC
12019 Ocean Highway
Post Office Box 1885
Pawleys Island, South Carolina
T:  (843) 314-4202
F:  (843) 314-9365
bill@hopkinsfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of May, 2014 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Jonathan S. Aronie**
**Bruce J. Casino**
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
1300 I Street, NW
11th Floor East
Washington, DC 20005
(202) 218-0039 (telephone)
(202) 218-0021 (telephone)
(202) 218-0020 (fax)
jaronie@sheppardmullin.com
bcasino@sheppardmullin.com

**Beverly Maria Russell**
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2531
(202) 514-8780 (fax)
beverly.russell@usdoj.gov

                                        /s/ William E. Hopkins, Jr.