IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel. BLAKE PERCIVAL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 14-726 RMC |
| v. ) | |
| ) | |
| U.S. INVESTIGATIONS SERVICES, LLC.,) | |
| ) | |
| Defendant. ) | |

## ORDER

This Cause comes before the Court upon the parties' Joint Motion for Leave to File Documents Under Seal, filed July 21, 2014. Having reviewed the Motion and the supporting Memorandum, the Court hereby **GRANTS** the motion.

DONE and ORDERED in Chambers this 23 day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Beverly Russell
Assistant United States Attorney
United States Attorney's Office
District of Columbia
**555 4th Street, NW**
**Washington, DC 20530**

Melissa Handrigan
Attorneys, Civil Division
Commercial Litigation Branch
United States Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044

Jere Locke Beasley
Larry Apaul Golston Jr.
Wilson Daniel Miles III
Beasley Allen Crow Methvin Portis & Miles
P.O. Box 4160
Montgomery, Alabama 36103

Jonathan Aronie
Bruce J. Casino
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005-3314