IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. BLAKE PERCIVAL, )<br>          )<br>    Plaintiff )<br>          )<br>v.        )<br>          )<br>U.S. INVESTIGATIONS SERVICES, LLC.,)<br>          )<br>    Defendant. )<br>          ) | Civil Action No. 14-00726(RMC) |

## JOINT STIPULATION OF DISMISSAL OF FRAUD CLAIMS

Pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure ("Rule 41(a)(1)") and 31 U.S.C. § 3730(b)(1), the United States and Relator, Blake Percival, file this Stipulation of Dismissal in this *qui tam* action brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, in accordance with the terms and conditions of the Settlement Agreement described herein (and attached hereto), and in accordance with the terms and conditions set forth below. Consistent with Rule 41(a)(1), Defendant has not filed an answer or summary judgment motion in this action.

On February 8, 2015, Defendant filed a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the Bankruptcy Code), in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"). *See In re Altegrity, Inc.*, No. 15-10226 (LSS)(Bankr. D. Del.). On August 10, 2015, the United States and Defendant effectuated a Settlement Agreement compromising the claims against Defendant as set forth in the United States' Complaint in this *qui tam* action. On August 14, 2015, the Bankruptcy Court approved the United States' settlement with the Defendant (among other affiliated Debtors) after receiving into evidence the Relator's written consent to the settlement.

Subject to the terms and conditions of the Settlement Agreement, the United States and Relator jointly stipulate to the:

(A) dismissal with prejudice to the Relator of all claims asserted in this action except for Relator's claims in this action pursuant to 31 U.S.C. § 3730(d)(1) for a share of the proceeds of the settlement, reasonable attorney fees and costs under 31 U.S.C. § 3730(d), and for retaliation under 31 U.S.C. § 3730(h); and

(B) dismissal with prejudice to the United States of all claims for the Covered Conduct, as the term is defined in the Settlement Agreement, and dismissal without prejudice to the United States as to all other claims.

Although the United States and Relator are dismissing their claims based on fraud against Defendant, Relator and the United States note that they have not yet reached agreement in settlement of any claims Relator has under 31 U.S.C. § 3730(d)(1) for a share of the proceeds of the settlement. Accordingly, this case shall not be fully dismissed until the issue of Relator's claims to a share of the proceeds of the action, reasonable attorney fees and costs under 31 U.S.C. § 3730(d), and for retaliation under 31 U.S.C. § 3730(h) are resolved, whether by Order of the Court or agreement of the parties. The Court will retain jurisdiction over this case and the Parties to the extent necessary to adjudicate Relator's claims set forth above.

A proposed Order accompanies this notice and request.

Respectfully Submitted,

*signature*

Larry Golston Jr.
Jere Locke Beasley
Wilson Daniel Miles III
BEASLEY ALLEN CROW
  METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, Alabama 36103

**Attorneys for Relator**

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
Acting United States Attorney
  District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division

*signature*

BEVERLY RUSSELL
Assistant United States Attorney
D.C. Bar No. 454257
United States Attorney's Office for the
  District of Columbia
555 4th Street, NW
Washington, DC 20530
Telephone No.:   (202) 252-2531

*signature* BYR

MICHAEL D. GRANSTON
TRACY L. HILMER
D.C. Bar. No. 421219
DONALD J. WILLIAMSON
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 514-7900

**Attorneys for the United States of America**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following counsel of record by regular mail and email on this 24th day of August 2015:

Jere Locke Beasley
Larry Goiston Jr.
Wilson Daniel Miles III
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, Alabama 36103
Email: jere.beasley@beasleyallen.com, larry.golston@beasleyallen.com, dee.miles@beasleyallen.com

Jonathan Aronie
Bruce J. Casino
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005-3314
Email: JAronie@sheppardmullin.com, bcasino@sheppardmullin.com

Beverly M. Russell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. BLAKE PERCIVAL, ) <br> ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> U.S. INVESTIGATIONS SERVICES, LLC.,) <br> ) <br>     Defendant. ) <br> _____) | Civil Action No. 14-726(RMC) |

## ORDER

Pursuant to the *Joint Stipulation of Dismissal of Fraud Claims* filed pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure, and 31 U.S.C. § 3730(b)(1), a settlement agreement having been executed between and among the Parties, and good cause having been shown, it is this _____ day of _____, 2015,

(A)  ORDERED THAT all claims asserted against Defendant in this action be and hereby are DISMISSED WITH PREJUDICE to Relator except for Relator's claims in this action for a percent of the proceeds of the settlement, reasonable attorney fees and costs under 31 U.S.C. 3730(d), and for retaliation under 31 U.S.C. § 3730(h); and

(B)  ORDERED THAT all claims asserted against Defendant in this action for the Covered Conduct, as the term is defined in the Settlement Agreement between and among the Parties, effectuated on August 10, 2015, be and hereby are DISMISSED WITH PREJUDICE TO THE United States, and that all other claims are dismissed without prejudice to the United States.

The Court will retain jurisdiction over this case and the Parties to the extent necessary to

adjudicate Relator's claims pursuant to 31 U.S.C. §§ 3730(d) and (h).

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**copies to**:

**United States' Counsel:**
Donald J. Williamson
Commercial Litigation Branch
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044

Beverly M. Russell
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
   Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

**Relator's Counsel**:
Larry Golston Jr.
Jere Locke Beasley
Wilson Daniel Miles III
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, Alabama 36103

**Defendant's Counsel:**
Jonathan Aronie
Bruce J. Casino
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005-3314